SHREVEPORT *v.* HOLMES.

SHREVEPORT *v.* CROOKS.

SHREVEPORT *v.* CARTER.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF LOUISIANA.

Nos. 1121, 1122, 1123. Submitted October 17, 1887. — Decided November 14, 1887. — Rehearing refused January 9, 1888.

A petition for a rehearing of a case decided by a divided court is denied on the ground that no important constitutional question is involved.

THESE cases, which were all submitted together, were all affirmed by a divided court on the 14th day of November, 1887. The plaintiff in error petitioned for a rehearing, citing *Home Ins. Co.* v. *New York*, 119 U. S. 129.

*Mr. N. C. Blanchard* and *Mr. T. Alexander* for plaintiff in error and for petitioner.

*Mr. A. H. Leonard* for defendant in error on the submission of the cases.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

These petitions are denied. The rehearing was granted in *Home Insurance Co.* v. *New York*, 119 U. S. 129, after a decision by a divided court, because an important constitutional question was involved. The questions in these cases are not of that character.